IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 2|2770402

UNITED STATES OF AMERICA,

Plaintiff,

v.

Wendy Broswell

Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___ Initial Appearance     _X_ Arraignment     ___ Sentencing     ___ Status

___ Administrative Review     ___ Show Proof     ___ Other (_____)

The location, date and time set for the hearing is:

_X_ 212 N. Wahsatch, Suite 101     ___ 901 19th Street, Rm. A-105     ___ 1929 Stout St.
    Colorado Springs, CO 80903          Denver, CO 80294                    Denver, CO 80294

Appearance date: 01/16/13, at 10:00am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NLC
Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 12/5/2012     Name: Christine Derenak
                          (Please Print)
                    Address: Atty for Defendant

Phone: 719 550 9177
Revised 3/17/09